# EXHIBIT A
# (Redacted)



---------- Forwarded message ---------
From: **Christopher Quinn** <chris@quinnconcepts.com>
Date: Thu, Sep 26, 2024 at 12:50
Subject: Re: Website Transfer and Moving Forward
To: Warren Turner <warren@oakvalleylh.com>


Warren,

I find your email completely unacceptable and way out of character for you. I have provided your IT people with all of the logins on my end, enough to completely expose my business and other clients and yet you still blame this non-essential transfer function on me.

I do not respond to threats. No 4pm deadline will be respected on our end. Pick up the phone and call me and we will sort this out respectfully... or not at all.


Chris Quinn, President
Quinnconcepts, Inc.
o:  (888) 973-2247

1

m: (412) 600-7263
chris@quinnconcepts.com
www.quinnconcepts.com
"Your will. My hands."

Check out our Retainer Program.

Follow us on social.

On Sep 26, 2024, at 9:13 AM, Warren Turner <warren@oakvalleylh.com> wrote:

Chris,

The situation with transferring the website, URL, etc is absurd and is demonstrably impacting Oak Valley's ability to conduct business. I've been incredibly patient and have brought in technical resources on our side to make this easier yet we have made no progress.

The website you built has significantly and detrimentally impacted our business. Organic traffic is down to almost nothing after the changes were put into place. Simple things like tags were not done when the site was deployed. There are significant and material effects to our ability to operate caused by these errors.

I need the website off your servers and the URL transferred to Oak Valley by the end of the day Friday September 27th. There is no reason that either of these things should take more than a couple of hours. Exacerbating these issues is the seemingly random nature in which you reply to requests or issues. This is no longer a tenable situation for Oak Valley or the holding company that owns it.

If this isn't completed by 4pm Friday the next communication on this topic will come from our attorney. Feel free to loop yours in if you feel you need to.

Warren