# EXHIBIT C

15:01

◂ Snapchat

**+1 (412) 600-7263** ›

you pussy

got your lawyers email, very cute,
your site will be selling vibrating
dildos tomorrow if you don't call
me

Friday 22:38

site goes down tomorrow.

i make the deadlines

Today 14:57

hows everything going boss?

Message