# EXHIBIT D



Warning: Undefined property: stdClass::$redirect_url in **/home/frog1534/public_html/oakvalleylh.com/wp-content/plugins/coming-soon/app/render-csp-mm.php** on line **200**

# THIS WEBSITE IS PENDING DELETION