# EXHIBIT E

| | |
|---|---|
| **From:** | J. Buckley Warden |
| **Sent:** | Saturday, September 28, 2024 4:57 PM |
| **To:** | Christopher Quinn; Phillip Sitz |
| **Cc:** | Warren Turner |
| **Subject:** | Re: Site files |

Mr. Quinn,

I appreciate you working with my client to get the website data to him.

We still have some work to do it seems. The domain is not located where you have previously provided access. This must be some sort of miscommunication because I believe you are trying to transfer the domain, but it just is not happening. In the meantime, the website is down and my client is losing money.

Now, it is the weekend for me too. I just finished coaching my kids' football game. I would rather not get to work on filing a federal lawsuit on Monday over a technical miscommunication about transferring a domain. That is not a threat--I am just saying I do not want to do that with Saturday and Sunday.

Can you help all of us have a better weekend and transfer the domain? What I understand needs to happen is that you have to go to wherever you would access the domain--that last Wix account did not have it--and unlock the domain. Then, when you receive a request from my client--who is going to use namecheap--you provide a code that lets my client transfer the domain to namecheap. That is it. Then we can all stop watching our emails and enjoy a beautiful Saturday evening.

Can you do that for us?

Buckley

Get Outlook for iOS

---

**From:** Christopher Quinn <chris@quinnconcepts.com>
**Sent:** Saturday, September 28, 2024 12:32:54 PM
**To:** Phillip Sitz <psitz@t-mlaw.com>
**Cc:** J. Buckley Warden <bwarden@t-mlaw.com>; Warren Turner <warren@oakvalleylh.com>
**Subject:** Re: Site files

Here is another code:

613275


Chris Quinn, President
Quinnconcepts, Inc.
o:  (888) 973-2247
m: (412) 600-7263
chris@quinnconcepts.com
www.quinnconcepts.com
"Your will. My hands."

Check out our Retainer Program.

Follow us on social.

On Sep 28, 2024, at 12:30 PM, Phillip Sitz <psitz@t-mlaw.com> wrote:

Mr. Quinn,

We are attempting to access the Wix account you provided, but there is a 2FA set up for which we will need the code.

Please provide the code so that we may finish transferring control of the domain.

Phillip A. Sitz, Esq.

*Thompson*McMullan, P.C.
P 804.698.6245 | F 804.780.1813
psitz@t-mlaw.com | t-mlaw.com
Twitter | LinkedIn | Facebook
100 Shockoe Slip | 3rd Floor | Richmond, Virginia 23219
MERITAS LAW FIRMS WORLDWIDE

**Confidentiality Notice** — *This message and any files attached to it may contain confidential information protected by the attorney-client privilege and/or the work product doctrine. The information is only for the use of the individual to whom the sender intended to send the information. If you are not such individual, any disclosure, copying, distribution, or reliance upon this email is prohibited. If you received this email in error, please reply to notify the sender, and please delete your copy. Thank you.*

**Wire Transfers** – *Prior to sending any wire transfers, you must call our law firm to verify the instructions. We will not change wiring instructions. If you receive wiring instructions from a different bank, branch location, account name, account number, or other change, the change in wiring instructions should be presumed to be fraudulent. Do not send any funds and contact our law firm immediately. Failure to follow this procedure will endanger your funds.*

This email is governed by *Thompson*McMullan, P.C.'s electronic communications and storage policy which can be found at https://www.t-mlaw.com/privacy-policy/.

---

**From:** Christopher Quinn <chris@quinnconcepts.com>
**Sent:** Saturday, September 28, 2024 12:04 PM
**To:** Warren Turner <warren@oakvalleylh.com>
**Cc:** Phillip Sitz <psitz@t-mlaw.com>; J. Buckley Warden <bwarden@t-mlaw.com>
**Subject:** Site files

Warren,

Here is a link to your site files. I cc'd your new lawyer buddy who started last month and his boss, so we all are in the know:

Oak Valley Website Migration Files.zip
drive.google.com    <image001.png>

This was a courtesy you did not deserve. This is my last correspondence. Do not contact me again for anything.


Chris Quinn, President
Quinnconcepts, Inc.

o:  (888) 973-2247
m: (412) 600-7263
chris@quinnconcepts.com
www.quinnconcepts.com
"Your will. My hands."

Check out our Retainer Program.

Follow us on social.

<IMG_20240928_122248_01.jpg>