# EXHIBIT F
# (Redacted)

From: **James Moffitt** <james@trailheadcreate.com>
Date: Mon, Sep 30, 2024 at 10:44 AM
Subject: Web relaunch
To: Warren Turner <warren@oakvalleylh.com>

Hey Warren,

Writing to let you know that the staged website provided by Melissa at MM Web Design Studio under the credentials below is currently pending deletion and I'm unable to login.

https://oakvalleylh.com/excelsior/

User Name:

█████

Password:

███████

--