# EXHIBIT G



# OAK VALLEY
## =Custom Hardscapes=

# IMPORTANT UPDATE

## Comments

**quinnconcepts** 3h
didn't have to be
Reply

**oakvalleylh** 7h · Author
#oakvalleyhardscape #customhardscapes #hardscapenorthamerica
Reply

❤️  🙌  🔥  👏  😢  😍  😮  😂

Add a comment for oakvalleylh...