IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

OAK VALLEY LANDSCAPE & HARDSCAPE, LLC,

    Plaintiffs,

v.                                                        Case No.: 3:24-cv-00695

CHRISTOPHER QUINN, *et al.*

    Defendants.

## **FINANCIAL INTEREST DISCLOSURE STATEMENT**

    Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff Oak Valley Landscape & Hardscape, LLC, certifies that Oak Valley Landscape & Hardscape, LLC is a privately-held Virginia professional corporation and that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

                                            Respectfully submitted,

                                            OAK VALLEY LANDSCAPE & HARDSCAPE, LLC

                                            By:   /s/John P. O'Herron
                                            J. Buckley Warden IV (VSB No. 79183)
                                            John P. O'Herron (VSB No. 79357)
                                            *Thompson*McMullan, P.C.
                                            100 Shockoe Slip, 3rd Floor
                                            Richmond, Virginia 23219
                                            Phone: (804) 649-7545
                                            Fax: (804) 780-1813
                                            Email: bwarden@t-mlaw.com
                                            Email: joherron@t-mlaw.com

                                            *Counsel for Oak Valley Landscape & Hardscape, LLC*