## AFFIDAVIT OF NON-SERVICE

| Case:<br>3:24-cv-00695 | Court:<br>United States District Court for the Eastern District of Virginia | Job:<br>11932357 (32317.002) |
|---|---|---|
| **Plaintiff / Petitioner:**<br>Oak Valley Landscape & Hardscape, LLC | | **Defendant / Respondent:**<br>Christopher Quinn, et al. |
| **Received by:**<br>Serving Solutions | | **For:**<br>Thompson McMullan, P.C. |
| **To be served upon:**<br>Quinnconcepts, Inc. | | |

I, Erin Yocum, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Quinnconcepts, Inc., 1585 Shenango Road, New Galilee, PA 16141
**Manner of Service:**   Non Service
**Documents:**   Summons and Complaint

**Additional Comments:**
1) Unsuccessful Attempt: Oct 5, 2024, 11:09 am EDT at 1585 Shenango Road, New Galilee, PA 16141
No answer

2) Unsuccessful Attempt: Oct 7, 2024, 12:21 pm EDT at 1585 Shenango Road, New Galilee, PA 16141
No answer.

3) Unsuccessful Attempt: Oct 8, 2024, 7:03 pm EDT at 1585 Shenango Road, New Galilee, PA 16141
Girl in house, refused to acknowledge/speak to me even through closed door/window.  She called someone across the street to come over and ask me to leave.  Adult female approached me, asked if she could help me with something and asked me to leave.  She denied knowing who was in the house at the time

4) Unsuccessful Attempt: Oct 11, 2024, 9:04 am EDT at 1585 Shenango Road, New Galilee, PA 16141
Black Dodge Ram parked behind house. Knocked / rang doorbell multiple times. Lights on inside home. No answer.

_Erin Yocum_                    10/11/2024
Erin Yocum                      Date

Serving Solutions
4816 Dearborn Street
Pittsburgh , PA 15224
4125035532

# AFFIDAVIT OF SERVICE

| Case: 3:24-cv-00695 | Court: United States District Court for the Eastern District of Virginia | Job: 11932357 (32317.002) |
|---|---|---|
| **Plaintiff / Petitioner:** Oak Valley Landscape & Hardscape, LLC | | **Defendant / Respondent:** Christopher Quinn, et al. |
| **Received by:** Serving Solutions | | **For:** Thompson McMullan, P.C. |
| **To be served upon:** Christopher Quinn | | |

I, Erin Yocum, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Quinnconcepts, Inc, 1585 Shenango Road, New Galilee, PA 16141
**Manner of Service:** Posted, Oct 11, 2024, 9:04 am EDT
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Oct 11, 2024, 9:04 am EDT at 1585 Shenango Road, New Galilee, PA 16141 received by Quinnconcepts, Inc. Black Dodge ram parked in driveway behind house. Knocked on door multiple times. No answer posted summons and complaint on the front door.

GPS Data
Mobile Device
Unknown Browser version 0 on iOS (iPhone) 17.6.1
GPS Coordinates
40.82598585, -80.36895345
GPS Accuracy
15.56 ft
GPS Timestamp
Fri Oct 11 2024 09:04:26 GMT-0400 (EDT)
Device Timestamp
Fri Oct 11 2024 09:13:03 GMT-0400 (EDT)
GPS Heading
17.086231950991383
GPS Speed
0.5836126192243692
GPS Altitude
1227.8 ft
GPS Altitude Accuracy
11.04 ft

GPS data recorded with ServeManager Mobile. The GPS data is read-only and cannot be tampered with. Accuracy of this data depends on mobile reception, the mobile network and other factors such as weather can affect the device's ability to accurately report its position.

_Erin Yocum_ (signature)     10/11/2024
Erin Yocum                    Date

Serving Solutions
4816 Dearborn Street
Pittsburgh, PA 15224
4125035532



