# AFFIDAVIT OF NON-SERVICE

| Case:<br>3:24-cv-00695 | Court:<br>United States District Court for the Eastern District of Virginia | Job:<br>11932356 (32317.002) |
|---|---|---|
| Plaintiff / Petitioner:<br>Oak Valley Landscape & Hardscape, LLC | | Defendant / Respondent:<br>Christopher Quinn, et al. |
| Received by:<br>Serving Solutions | | For:<br>Thompson McMullan, P.C. |
| To be served upon:<br>Quinnconcepts, Inc. | | |

I, Erin Yocum, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Christopher Quinn, 1585 Shenango Road, New Galilee, PA 16141
Manner of Service:          Non Service
Documents:                  Summons and Complaint

Additional Comments:
1) Unsuccessful Attempt: Oct 5, 2024, 11:09 am EDT at 1585 Shenango Road, New Galilee, PA 16141
No answer

2) Unsuccessful Attempt: Oct 7, 2024, 12:21 pm EDT at 1585 Shenango Road, New Galilee, PA 16141
No answer.

3) Unsuccessful Attempt: Oct 8, 2024, 7:03 pm EDT at 1585 Shenango Road, New Galilee, PA 16141
Girl in house, refused to acknowledge/speak to me even through closed door/window.  She called someone across the street to come over and ask me to leave.  Adult female approached me, asked if she could help me with something and asked me to leave.  She denied knowing who was in the house at the time

4) Unsuccessful Attempt: Oct 11, 2024, 9:04 am EDT at 1585 Shenango Road, New Galilee, PA 16141
Black Dodge Ram parked behind house. Knocked / rang doorbell multiple times. Lights on inside home. No answer.


_/s/ Erin Yocum_                    10/11/2024
Erin Yocum                           Date

Serving Solutions
4816 Dearborn Street
Pittsburgh , PA 15224
4125035532

# AFFIDAVIT OF SERVICE

| Case: 3:24-cv-00695 | Court: United States District Court for the Eastern District of Virginia | Job: 11932356 (32317.002) |
|---|---|---|
| **Plaintiff / Petitioner:** Oak Valley Landscape & Hardscape, LLC | | **Defendant / Respondent:** Christopher Quinn, et al. |
| **Received by:** Serving Solutions | | **For:** Thompson McMullan, P.C. |
| **To be served upon:** Christopher Quinn | | |

I, Erin Yocum, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Christopher Quinn, 1585 Shenango Road, New Galilee, PA 16141
**Manner of Service:** Posted, Oct 11, 2024, 9:04 am EDT
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Oct 11, 2024, 9:04 am EDT at 1585 Shenango Road, New Galilee, PA 16141 received by Christopher Quinn. Black Dodge ram parked in driveway behind house. Knocked on door multiple times. No answer posted summons and complaint on the front door.

GPS Data
Mobile Device
Unknown Browser version 0 on iOS (iPhone) 17.6.1
GPS Coordinates
40.82598585, -80.36895345
GPS Accuracy
15.56 ft
GPS Timestamp
Fri Oct 11 2024 09:04:26 GMT-0400 (EDT)
Device Timestamp
Fri Oct 11 2024 09:13:03 GMT-0400 (EDT)
GPS Heading
17.086231950991383
GPS Speed
0.5836126192243692
GPS Altitude
1227.8 ft
GPS Altitude Accuracy
11.04 ft

GPS data recorded with ServeManager Mobile. The GPS data is read-only and cannot be tampered with. Accuracy of this data depends on mobile reception, the mobile network and other factors such as weather can affect the device's ability to accurately report its position.

*/s/ Erin Yocum*                                10/11/2024
Erin Yocum                                      Date

Serving Solutions
4816 Dearborn Street
Pittsburgh, PA 15224
4125035532



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

Oak Valley Landscape & Hardscape, LLC )
)
)
Plaintiff(s) )
v. ) Civil Action No. 3:24-cv-00695
Christopher Quinn, et al. )
)
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Christopher Quinn
1585 Shenango Road
New Galilee, PA 16141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John P. O'Herron, Esq
J. Buckley Warden IV, Esq.
ThompsonMcMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, VA 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/3/2024                                           *Signature of Clerk or Deputy Clerk*

