IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

OAK VALLEY LANDSCAPE & HARDSCAPE, LLC,

       Plaintiff,

v.

                                                        Case No.: 3:24-cv-00695

CHRISTOPHER QUINN, *et al.*,

       Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

       Plaintiff, Oak Valley Landscape & Hardscape, LLC, by counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal of its Complaint, with prejudice. Plaintiff represents to the Court that all matters in controversy herein have been settled by a Settlement Agreement executed on or before December 20, 2024 by all parties.

       WHEREFORE, Plaintiff respectfully requests that this Court dismiss its Complaint with prejudice.

                                                     Respectfully submitted,

                                                     OAK VALLEY LANDSCAPE & HARDSCAPE, LLC

                                                     By: _____/s/ J. Buckley Warden, IV_____
                                                     John P. O'Herron (VSB No. 79357)
                                                     J. Buckley Warden IV (VSB No. 79183)
                                                     *Thompson*McMullan, P.C.
                                                     100 Shockoe Slip, 3rd Floor
                                                     Richmond, Virginia 23219
                                                     Phone: (804) 649-7545
                                                     Fax: (804) 780-1813
                                                     Email: joherron@t-mlaw.com
                                                     Email: bwarden@t-mlaw.com
                                                     *Counsel for Oak Valley Landscape & Hardscape, LLC*

**SO ORDERED**

1/13/25

                      /s/
M. Hannah Lauck
United States District Judge